Form B 250B (12/09)

# United States Bankruptcy Court
## _____ District Of __NEVADA__

In re  ASSET RESOLUTION, LLC ,  ) Case No. 09-32824-RCJ (Lead Case)
　　　　　　Debtor　　　　　　　 )
THE B&B SETTLEMENT TRUST, BY AN THROUGHT ) Chapter 7
ITS TRUSTEE, MICHAEL COULSON )
　　　　　　Plaintiff )
MCALAN DUNCAN, CROSS FLS, LLC, )
THE CLAIMS RECOVERY TRUST BY )
AND THROUGH ITS TRUSTEE, & ) Adv. Proc. No. 14-01032-RCJ
WILLIAM A LEONARD, JR )
　　　　　　Defendant )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

SUMMONS ISSUED TO: MCALAN DUNCAN

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　　Address of the clerk:  Clerk, U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　 300 Las Vegas Blvd. South
　　　　　　　　　　　　　　　　 Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　Name and Address of Plaintiff's Attorney:  LISA A. RASMUSSEN
　　　　　　　　　　　　　　　　　　　　　　　　 601 SOUTH 10TH STREET
　　　　　　　　　　　　　　　　　　　　　　　　 SUITE 100
　　　　　　　　　　　　　　　　　　　　　　　　 LAS VEGAS, NV 89101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:                                              Room: 4B
Lloyd D. George U.S. Courthouse USDC NV               Date and Time: 6/18/14
333 Las Vegas Blvd. So., Las Vegas, NV 89101                         9:00 am

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　 Mary A Schott    (Clerk of the Bankruptcy Court)

Date: 3/3/14          By: /s/ Michelle Hess (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name : _____

Business Address: _____

_____