THE MAJORIE FIRM LTD.
Francis B. Majorie, PC
Pro Hac Vice (Per AR BK Doc. 1915, ¶153)
3514 Cedar Springs Road Dallas, TX 75219
Telephone: (214) 522-7400
Fax Number: (214) 522-7911

*Counsel for Claims Recovery Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-09-32824-RCJ (Lead Case) |
| ASSET RESOLUTION, LLC, | Chapter 7 |
| Debtor. | Jointly Administered with Case Nos.: BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| THE B&B SETTLEMENT TRUST, by and through its trustee, Michael Coulson, Plaintiff, v. McALAN DUNCAN, et al., Defendants. | Adversary No. 14-01032-RCJ  **CERTIFICATE OF SERVICE** |

1.  On November 3, 2014, I served the foregoing document(s), described as:

- **RESPONSE /OBJECTION TO DUNCAN/CROSS OBJECTION TO CRT ACTING AS REAL PARTY IN INTEREST AND MOTION FOR SUBSTITUTION, JOINDER, OR RATIFICATION OF THE REAL PARTIES IN INTEREST**
- **DECLARATION OF FRANCIS B. MAJORIE IN SUPPORT**

2.  I served the above-named document(s) by the following means to the persons as listed below:

☒ **A.    ECF SYSTEM:**

14-01032-rcj Notice will be electronically mailed to:

- TIMOTHY S. CORY on behalf of Defendant MCALAN DUNCAN
  tim.cory@corylaw.us, salexander@corylaw.us

- LISA A. RASMUSSEN on behalf of Plaintiff THE B&B SETTLEMENT TRUST
  lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com; tami@lrasmussenlaw.com; jen@lrasmussenlaw.com

- MICHAEL D. RAWLINS on behalf of Defendant MCALAN DUNCAN
  mrawlins@djplaw.com, csimmons@djplaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2014.

*/s/ Francis B. Majorie*
Francis B. Majorie