Timothy S. Cory, Esq.
Nevada Bar No. 001972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

Michael D. Rawlins, Esq.
Nevada Bar No. 005467
**DURHAM JONES & PINEGAR**
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Telephone: (702) 870-6060
tcory@djplaw.com

*Attorneys for McAlan Duncan*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASSET RESOLUTION, LLC<br><br>                    Debtor, | Case No. BK-S-09-32824-RCJ<br>(Lead Case)<br><br>Chapter 7<br><br>Jointly Administered with Case Nos:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| THE B&B DL SETTLEMENT TRUST,<br><br>                    Plaintiff,<br>vs.<br><br>MCALAN DUNCAN.<br><br>                    Defendant. | Adversary No. 14-01032-RCJ<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT/ORDER**<br>(First Request) |

- 1 -

LV_304751.1

**IT IS HEREBY STIPULATED** by and between The B&B DL Settlement Trust ("Plaintiff"), by and through its counsel, Law Office of Lisa Rasmussen, P.C., and McAlan Duncan ("Defendant"), by and through counsel, Durham Jones & Pinegar, as follows:

**WHEREAS** Plaintiff filed its Opposition to Motion for Summary Judgment on February 4, 2015;

**WHEREAS** Defendant Durham Jones & Pinegar is requesting a one week extension of time to file its reply to said Opposition to Motion for Summary Judgment due to the importance of the motion and the extent of the briefing and exhibits, as well as counsel's work load;

**THEREFORE, IT IS HEREBY STIPULATED** that Defendant shall have until Monday, March 2, 2015 to file its reply to Plaintiff's Opposition to Motion for Summary Judgment.

Agreed to this 20th day of February, 2015 by:

**LAW OFFICES OF LISA A. RASMUSSEN**

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
*Counsel for Plaintiff*
*The B&B DL Settlement Trust*

**DURHAM JONES & PINEGAR**

/s/ Michael D. Rawlins
_____
MICHAEL D. RAWLINS, ESQ.
*Counsel for Defendant*
*McAlan Duncan*

**IT IS SO ORDERED.**

Dated this ____ day of February, 2015.

_____
US DISTRICT JUDGE

- 2 -

LV_304751.1