JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 700
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:   lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
March 13, 2015

Attorneys for Beneficiaries of the B&B Settlement Trust
Patrick J. Anglin; Judy A. Bonnet; Christina "Tina" M. Kehl-Anglin; Daniel J. Kehl; Kevin A. Kehl, individually and obo/guardian of Susan L. Kehl and Andrew R. Kehl; Krystina L. Kehl; Ruth Ann Kehl; Kehl Development Corporation; Warren Hoffman Family Investments, LP; Cynthia A. Winter (collectively, Kehl Parties); John L. Andersen, Trustee of the Charles B. Anderson Trust and Rita P. Anderson Trust; Baltes Co.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ASSET RESOLUTION, LLC,<br><br>Debtor. | Case No.: BK-S-09-32824-RCJ<br><br>Chapter 7 |
| THE B&B DL SETTLEMENT TRUST, BY AND THROUGH ITS TRUSTEE, MICHAEL COULSON,<br><br>Plaintiff,<br><br>v.<br><br>MCALAN DUNCAN, et al.,<br><br>Defendants, | Adv. No. 14-01032-RCJ<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:  N/A<br>Hearing Time: N/A |

1.   On March 9, 2015, I served the following document by the following means to the persons as listed below:

**RESPONSE OF CERTAIN TRUST BENEFICIARIES TO MOTION FOR SUMMARY JUDGMENT (CT. DKT. #142) AND LIMITED JOINDER IN PLAINTIFF'S MOTION FOR ORDER DIRECTING MEDIATION (CT. DKT. #151)**

1

- a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    TIMOTHY S. CORY on behalf of Defendant MCALAN DUNCAN
    tim.cory@corylaw.us, salexander@corylaw.us

    LISA A. RASMUSSEN on behalf of Plaintiff THE B&B SETTLEMENT TRUST lisa@lrasmussenlaw.com; secretary@lrasmussenlaw.com; tami@lrasmussenlaw.com; jen@lrasmussenlaw.com

    MICHAEL D. RAWLINS on behalf of Defendant MCALAN DUNCAN
    mrawlins@djplaw.com, glacascia@djplaw.com

- ❏ b. **Via United States Mail, postage fully prepaid** (list persons and addresses):

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of March, 2015.

  \_\_Cheryl Byrne_____        \_/s/ Cheryl Byrne_____
  Name                                Signature