### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

|  |  |
|---|---|
| )<br>In re:                                                                    )<br>ASSET RESOLUTION, LLC,                                 )<br>            Debtor                                         )<br>THE B&B SETTLEMENT TRUST,                        )<br>MICHAEL COULSON, TRUSTEE                       )<br>v.                                                                           )<br>MCALAN DUNCAN, CROSS FLS, LLC,          )<br>THE CLAIMS RECOVERY TRUST,                    )<br>WILLIAM A LEONARD, TRUSTEE et al         )<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/) | CASE NO BK-S-09-32824-RCJ(Lead Case)<br><br><br><br>**ADV CASE NUMBER: 14-01032-RCJ** |

**MINUTE ORDER IN CHAMBERS** of the Honorable Judge Robert C. Jones, on 4/16/2015.

**By Deputy Clerk: Lesa Ettinger.**

**IT IS ORDERED** that Oral Argument RE: [142] Motion for Summary Judgment and [151]

Motion for an Order Directing the Parties to Participate in Mediation and Staying Proceedings is

scheduled for Wednesday, 4/22/2015 at 10:00 before Chief Judge Robert C. Jones at Las Vegas:

Lloyd D. George Courthouse 333 Las Vegas Blvd., South Las Vegas, Nevada, Courtroom 4B.